IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WANDA D. TYLER                                                                                                    PLAINTIFF

V.                                              CASE NO. 5:10cv00048 JMM

BETTY BRADSHAW                                                                                              DEFENDANT

## ORDER

Pursuant to the Initial Scheduling Order filed June 4, 2010 (DE #28), the parties were directed to hold a Rule 26(f) conference on or before August 12, 2010 and to file a joint Rule 26(f) Report no later than August 26, 2010.

The parties are hereby given an extension to hold the Rule 26(f) conference on or before **September 28, 2010**. The Rule 26(f) Report is due no later than **October 12, 2010.** The parties are directed to file individual reports if they are unable to file a joint report.

Plaintiff must be familiar with Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

IT IS SO ORDERED THIS 7th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE