**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**WANDA D. TYLER**                                                                         **PLAINTIFF**

**V.**                                          **5:10CV00048 JMM**

**BETTY BRADSHAW, President and CEO**
**Area Agency on Aging of Southeast Arkansas,**
**Personal and Official Capacity**                                          **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on March 2, 2011, Judgment is hereby entered in favor of

the Defendant and against the Plaintiff.  The case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of March, 2011.


_____
James M. Moody
United States District Judge